IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FRANK EDWIN PATE,<br>    ID # 30430-408,<br>        Petitioner, | §<br>§<br>§<br>§ | |
| v. | § | No. 3:25-CV-2405-N-BW |
| | § | |
| DIRECTOR, VOLUNTEERS OF<br>AMERICA,<br>        Respondent. | §<br>§<br>§<br>§ | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Court will, by separate judgment, DISMISS the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241, received on September 5, 2025 (Dkt. No. 3), without prejudice for lack of jurisdiction. All pending motions are denied as moot.

A certificate of appealability (COA) is not required to appeal the denial of relief under 28 U.S.C. § 2241. *See Padilla v. United States*, 416 F. 424, 425 (5th Cir. 2005). If Petitioner files a notice of appeal, he must pay the $605.00 appellate filing fee or submit an appropriate motion to proceed *in forma pauperis*.

**SO ORDERED this 10th day of October, 2025.**

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE